**ELECTRONIC RECORD**

| | | | |
|---|---|---|---|
| **COA #** | 02-13-00402-CR | **OFFENSE:** | 2 |
| **STYLE:** | Rolando Bosquez v. The State of Texas | **COUNTY:** | Tarrant |
| **COA DISPOSITION:** | AFFIRMED | **TRIAL COURT:** | 371st District Court |
| **DATE:** 09/25/14 | Publish: YES | **TC CASE #:** | 1331026D |

**IN THE COURT OF CRIMINAL APPEALS** 1441-14
1442-14

**STYLE:** Rolando Bosquez v. The State of Texas

**CCA #:** 1442-14

___APPELLANT'S___ Petition

**CCA Disposition:** _____

**FOR DISCRETIONARY REVIEW IN CCA IS:**

**DATE:** _____

___REFUSED___

**JUDGE:** _____

**DATE:** 12/17/2014

**SIGNED:** _____     **PC:** _____

**JUDGE:** Per Curiam

**PUBLISH:** _____     **DNP:** _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____